# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| WESTLEY BROWN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-68 |
| | * | |
| v. | * | |
| | * | |
| E. NEAL JUMP, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 17. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's Fifth Amendment, Fourteenth Amendment, and HIPAA claims, all claims against Defendant Jump, and all monetary damages claims against Defendants in their official capacities. Plaintiff's deliberate indifference claims against Defendants Brooks, Bacon, and Green and excessive force claim against

Defendant Keen remain pending.  Id.; Dkt. No. 18.

    **SO ORDERED**, this ___29___ day of ___April___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA