# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| WESTLEY BROWN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-68 |
| | * | |
| v. | * | |
| | * | |
| FNU KEEN, et al., | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 31. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow a Court Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis*

AO 72A
(Rev. 8/82)

status on appeal.

    **SO ORDERED**, this \_\_14\_\_ day of \_\_January\_\_, 2022.

                                     HON. LISA GODBEY WOOD, JUDGE
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)