AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WESTLEY BROWN,

      Plaintiff,

                  **JUDGMENT IN A CIVIL CASE**

             **v.**

                  CASE NUMBER: CV 220-068

FNU KEEN, et al.,

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated January 14, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion.  Therefore, Defendants' Motion to Dismiss is granted as unopposed, and Plaintiff's Complaint is dismissed without prejudice.  Additionally, Plaintiff is denied in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

January 19, 2022
_____
Date

John E. Triplett, Acting Clerk
_____
Clerk

_Jamie Sabalza_

_____
(By) Deputy Clerk

GAS Rev 10/2020